IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**COBY COOK**                                                                                                                              **PLAINTIFF**

v.                                                                                                  No. 4:22-cv-00049-GHD-RP

**ROSIE GOLLIDAY, et al.**                                                                          **DEFENDANTS**

**ORDER REQUIRING PLAINTIFF TO PROVIDE
VALID MAILING ADDRESS FOR DEFENDANTS**

The court takes up, *sua sponte*, the matter of locating defendants Nurse Rosie Golliday and Warden Ora Starks in this case to effect service of process. The United States Marshal Service has attempted service of process upon defendants Nurse Rosie Golliday and Warden Ora Starks; however, process was returned unexecuted, as the defendants could not be found. The plaintiff, as the party initiating the suit, is ultimately responsible for providing sufficient information to locate each defendant.

It is, therefore, **ORDERED**, that, within 21 days from the date of this order, the plaintiff provide the court with a valid address for service of process upon defendants. Failure to do so will result in the dismissal of this case under Fed. R. Civ. P. 41(b) for failure to prosecute.

**SO ORDERED**, this, the 13th day of January, 2023.

                                                            **/s/ Roy Percy**
                                                            **UNITED STATES MAGISTRATE JUDGE**